# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | | |
|---|---|---|
| LAURA K. VESLANY, <br> *Plaintiff* <br> v. <br> DUKE UNIVERSITY HEALTH SYSTEM, INC., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:26-cv-742-LAF-JGM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Duke University Health System, Inc. .

Date: 08/20/2026

/s/ Matthew D. Duncan
*Attorney's signature*

Matthew D. Duncan, N.C. State Bar No. 35260
*Printed name and bar number*

Jackson Lewis P.C.
3737 Glenwood Ave., Ste. 450
Raleigh, NC 27612
*Address*

matthew.duncan@jacksonlewis.com
*E-mail address*

(919) 760-6476
*Telephone number*

(919) 760-6461
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| LAURA K. VESLANY,<br><br>*Plaintiff,*<br><br>V.<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>*Defendant.* | CIVIL ACTION NO.: 1:26-CV-742-LAF-JGM |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2026, the foregoing *Notice of Appearance of Matthew D. Duncan* was filed with the Clerk of the Court using the Court's CM/ECF electronic service system, which will send notification of such filing to the following:

Laura K. Veslany
3937 Sanford Creek Ave.
Wake Forest, NC 27587
lkveslany@gmail.com
*Pro Se Plaintiff*

**JACKSON LEWIS P.C.**

*/s/ Matthew D. Duncan*
MATTHEW D. DUNCAN
N.C. State Bar No. 35260
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: matthew.duncan@jacksonlewis.com
Email: laura.veslany@jacksonlewis.com
*Attorneys for Defendant Attorneys*